JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>            Plaintiff,<br><br>   v.<br><br>VIRGIL E. GRANT, JR., et al.,<br><br>            Defendants. | Case No. 2:22-cv-06692-FLA (AGRx)<br><br>**ORDER DISMISSING ACTION [DKT. 14]** |

1

On November 3, 2022, Plaintiff Marquise Bailey ("Plaintiff") filed a Notice of Voluntary Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 20. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED. The court's September 20, 2022 Order to Show Cause is DISCHARGED as moot.
2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: November 14, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

2